

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICNICHOLUS SHORTER-HAYES,

    Defendant.
_____/

Case No.  17-cr-20614

Hon. Laurie J. Michelson

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, **VICNICHOLUS SHORTER-HAYES (MDOC #: 700794)**, and states:

1. Defendant is charged in this case with**, 18 U.S.C. § 922(g)(1): Felon in possession of a firearm.**

2. Defendant is currently incarcerated **at Egeler Reception & Guidance Center (RCG), 3855 Cooper St., Jackson MI 49201-7547**, in connection with a different case, and is in the custody of the Michigan Department of Corrections.

3.      Defendant's **Sentencing** in this case has been scheduled for **Monday, January 14, 2019 at 10:00 a.m. in front of the Honorable Laurie J. Michelson,** in the Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, 48226.   A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer to produce **VICNICHOLUS SHORTER-HAYES** before the judicial officer and at the place and time stated above.

Respectfully submitted,

MATTHEW SCHNEIDER
United States Attorney

*s/ Amanda Jawad*
Amanda Jawad
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Email: Amanda.jawad@usdoj.gov
(313) 226-9116
NY5141155

Date:   November 29, 2018

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICNICHOLUS SHORTER-HAYES,

    Defendant.
_____/

Case No.   17-cr-20614

Hon. Laurie J. Michelson

### ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad Prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

_____
HONORABLE ELIZABETH STAFFORD
United States Magistrate Judge

Date: NOV 29 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICNICHOLUS SHORTER-HAYES,

    Defendant.

Case No.   17-cr-20614

Hon. Laurie J. Michelson

_____/

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  Warden, Sheriff or Jailor at the Egeler Reception And Guidance Center, or any other Michigan State Corrections Facility, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant, **VICNICHOLUS SHORTER-HAYES (MDOC #: 700794)** before the **Honorable Laurie J. Michelson,** in the Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, 48226 on **Monday, January 14, 2019, at 10:00 a.m.** for his **Sentencing** in this case; and you are also directed to return **VICNICHOLUS SHORTER-HAYES.** to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

                                      DAVID J. WEAVER
                                      *Clerk*

                          By:  _____
                                    *Deputy Clerk*
                                    (Seal)